UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE DESHAWN BARNES,

Plaintiff,

v.

WAGNER, et al.,

Defendants.

No. 2:25-cv-0422-DAD-EFB P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE

(Doc. No. 10)

Plaintiff Antoine Deshawn Barnes is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and to keep the court apprised of his current address as required by the Local Rules of this court. (Doc. No. 10.)

The pending findings and recommendations were served on plaintiff by mail at his address of record[1] and contained notice that any objections thereto were to be filed within fourteen (14)

/////

[1] Upon service, the pending findings and recommendations were also returned to the court as "undeliverable, no longer in custody" by the postal service.

days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 2, 2025 (Doc. No. 10) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and to keep the court apprised of his current address as required; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE